UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF: | Case No.: 15-10827 |
| Erin A. Callen | Chapter 13 |
| DEBTOR(S) | |
| | |
| Nationstar Mortgage LLC | |
| MOVANT | |
| vs. | |
| Erin A. Callen | |
| RESPONDENT(S) | |

## AFFIDAVIT

I, Raquel Bryan - Asst. Secretary, an Employee/Agent of Nationstar Mortgage LLC, (hereinafter "MOVANT") and having personal knowledge of the books and records of the aforementioned MOVANT hereby certify and affirm that MOVANT has not received the payment(s) due for the month(s) of:

MONTH DUE      AMOUNT DUE      AMOUNT PAID      DATE PAID

(SEE ATTACHED PAGE)

The amount of default under the Consent Order as of June 8, 2016, is $1,122.22 . Said payment(s) was/were due in accordance with a Consent Order entered on SEPTEMBER 1, 2016.

6/8/2016

Raquel Bryan
Assistant Secretary of
Nationstar Mortgage LLC
Affiant

State of   Texas
County of   Denton

I HEREBY CERTIFY that on this 9 day of June , 2016, before me, the Subscriber, a Notary Public in and for the State and County aforesaid, personally appeared Raquel Bryan , _____, and made oath in due form of law that the facts stated in the foregoing Affidavit are true, upon personal knowledge, as therein set forth.

In witness hereof I hereunto set my hand and official seal.

COHN, GOLDBERG &
DEUTSCH, LLC

ATTORNEYS AT LAW
600 BALTIMORE AVENUE
SUITE 208
TOWSON, MD 21204

410-296-2550

File #: 446183

CHASTITY WILSON
Notary Public, State of Texas
Comm. Expires 05-21-2019
Notary ID 130235636

CHASTITY WILSON
Notary Public, State of Texas
Comm. Expires 05-21-2019
Notary ID 130235636

*Affadavit for Consent File 446183 as of 06/08/2016*                    *Page 1 of 2*

Notary public
My Commission Expires:



COHN, GOLDBERG &
DEUTSCH, LLC

ATTORNEYS AT LAW
600 BALTIMORE AVENUE
SUITE 208
TOWSON, MD 21204

410-296-2550

File #. 446183

Nationstar Mortgage LLC
 v.

Erin A. Callen


  Chapter 13
  Case# 15-10827

| DATE DUE | PYMT TYPE | AMOUNT DUE | AMONT PAID | DATE PAID |
|---|---|---|---|---|
| 4/1/16 | Regular | $936.50 | | |
| 5/1/16 | Regular | $936.50 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total Due: $1,873.00    Less Suspense: $750.78    Total In Default: $1,122.22

NOTE:  On June 15, 2016 another Payment will become due in the amount of $936.50 which will bring the Total to $187.72.