IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| IN RE: | * | |
| Erin A. Callen | * | Case No. 15-10827 |
|     Debtor | * | Chapter 13 |
| | * | |
| NATIONSTAR MORTGAGE, LLC | * | |
|     Movant | * | |
| | * | |
| VS | * | |
| | * | |
| Erin A. Callen | * | |
|     Respondent | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CONSENT ORDER MODIFYING AUTOMATIC STAY

Upon consideration of the foregoing Motion for Relief from Automatic Stay and upon the agreement of Nationstar Mortgage, LLC, Movant by its undersigned counsel, Erin A. Callen, Debtor, by his undersigned counsel, it is by the United States Bankruptcy Court for the District of Maryland:

ORDERED, that the Automatic Stay as to the property known as 8608 Tupelo Avenue, Laurel, MD, 20708 be and is hereby modified, pursuant to 11 U.S.C. Section 362 (d) as follows:

1) Within thirty (30) days of the entry of this Order, Movant shall filed an Amended Proof of Claim in which any post-petition arrears through August 25, 2015 shall be placed in the Amended Proof of Claim;

2) That within thirty days of the entry of this Order, Debtor shall file an Amended Chapter 13 Plan, and if appropriate, a Motion to Amend the Chapter 13 Plan, to provide for payment of said post-petition arrears through his Chapter 13 Plan;

3) That the Debtor shall resume making his regular monthly payment in the amount of $865.27 or as adjusted for escrow or other monthly payment changes starting September 1, 2015, and as and when due thereafter;

4) That should the Debtor fail to make any payment when due or should any payment be returned for insufficient funds, Movant shall file a Notice of Default with the Court. Said Notice shall be mailed to Debtor and Debtor's counsel and allow Debtor ten (10) days from the date the Affidavit of Default is mailed to cure up to two (2) defaults under this agreement.  Any cure of a Notice of Default must be made in the form of a certified or cashier's check or Western Union Quick Collect.  No right shall be given to cure any default beyond that which is allowed in the Consent Order.

5) Upon the failure of the Debtor to cure any Notice of Default herein, or upon any subsequent default beyond that which is allowed to be cured in this Consent Order, the automatic stay shall automatically terminate upon the filing of a Notice of Termination of Automatic Stay by Movant.

6) That if Debtor converts this case to a case under Chapter 7, the Automatic Stay shall immediately terminate, and Movant may immediately exercise all rights provided by

the security instruments referenced in the Motion for Relief and ap[applicable state law.

7) The fourteen (14) day stay of Bankruptcy Rule 4001 (a)(3) is waived.

Consented hereto:

| | |
|---|---|
| /s/ William Frederick Steinwedel | /s/ Richard J. Rogers |
| William Frederick Steinwedel, Esq. | Richard J. Rogers, Esq. |
| 500 E. Lexington Street | Cohn, Goldberg & Deutsch, LLC |
| Baltimore, MD 21216 | 600 Baltimore Avenue, Suite 208 |
| | Towson, MD 21204 |
| | (410) 296-2550 |

CC:  William Frederick Steinwedel, Esq.    Richard J. Rogers, Esq.
     500 E. Lexington Street               Cohn, Goldberg & Deutsch, LLC
     Baltimore, MD 21216                   600 Baltimore Avenue, Suite 208
                                           Towson, MD 21204

     Nancy Spencer Grigsby, Trustee
     4201 Mitchellville Road
     Bowie, MD 20716

**END OF ORDER**