# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# GREENBELT DIVISION

| | | |
|---|---|---|
| In Re: | * | Case No.: 15-10827 |
| | * | Chapter 13 |
| ERIN CALLEN, | * | |
| | * | |
| Debtor. | * | |
| | * | |

## LINE WITHDRAWING DOCUMENT

Erin Callen, Debtor, hereby requests that the court withdraw the Debtor's Response to SN Servicing Corporation's Affidavit of Default, Docket #96, and Debtor's Amended Response to SN Servicing Corporation's Affidavit of Default, Docket #103, without prejudice.

/s/ William F. Steinwedel
William F. Steinwedel
Maryland Legal Aid
500 E. Lexington Street
Baltimore, Maryland 21202
410.951.7643
*Attorney for Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of May, 2019, a copy of the Line Withdrawing the Debtor's Response to SN Servicing Corporation's Affidavit of Default has been served upon the following parties via CM/ECF:

Nancy Spencer Grigsby
4201 Mitchellville Road, Suite 401
Bowie, Maryland 20716
*Chapter 13 Trustee*

Joshua Wellborn, Esquire
McCabe, Weisberg and Conway LLC
312 Marshall Avenue, Suite 800
Laurel, Maryland 20707
*Attorney for Movant*