

**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re:   Case No.: **15–10827 – LSS**   Chapter: **13**

**Erin A. Callen**
Debtor

## ORDER WITH NOTICE DISMISSING CHAPTER 13 CASE
## ON MOTION OF CHAPTER 13 TRUSTEE
## FOR MATERIAL DEFAULT IN PLAN PAYMENTS AFTER CONFIRMATION
## AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

Upon consideration of the motion to dismiss filed by the Chapter 13 Trustee, and it appearing that cause exists for this case to be dismissed pursuant to 11 U.S.C. § 1307(c) because of a material default by the debtor with respect to a term of debtor's confirmed plan and dismissal is in the best interests of creditors and the estate, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above−captioned Chapter 13 case is DISMISSED; and it is further

ORDERED, that, to the extent the Trustee holds funds that would otherwise be returned to the Debtor, the Trustee shall first deduct and remit to the Clerk the amount of $ −0− for unpaid filing and administrative fees; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:   Debtor
      Attorney for Debtor − William Frederick Steinwedel
      Case Trustee − Nancy Spencer Grigsby

## End of Order

15x12 (rev. 05/30/2007) − lreid